IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: )<br>)<br>)<br>RAMSDALE O'DENEAL )<br>) | No. 05-10018-T |

ORDER TO SHOW CAUSE

On May 6, 2005, Mr. Ramsdale O'DeNeal was scheduled to appear in this court at 9:00 a.m. for a report date in <u>USA vs. Timothy Isaih Campbell</u>, 05-10018. Mr. O'DeNeal did not appear at the appointed time.

Therefore, Mr. Ramsdale O'DeNeal is ordered to show cause within ten (10) days why he should not be held in contempt.

IT IS SO ORDERED.

/s/ James D. Todd
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

6 May 2005
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  5/06/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 1:05-CR-10018 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

---

Ramsdale O'DeNeal
O'DeNEAL LAW FIRM
423 North Highland Ave.
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT