IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| | ) | |
| RAMSDALE O'DENEAL | ) | |
| | ) | No. 05-10018-T |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

---

SECOND ORDER TO SHOW CAUSE

---

On May 6, 2005, Mr. Ramsdale O'DeNeal, counsel for defendant, was scheduled to appear in this court at 9:00 a.m. for a report date in <u>USA vs. Timothy Isaih Campbell</u>, 05-10018. Mr. O'DeNeal did not appear at the appointed time, although his client Timothy Isaih Campbell did appear. The court ordered Mr. Ramsdale O'DeNeal to show cause within ten days why he should not be held in contempt.

The court then rescheduled the report date for Timothy Isaih Campbell for 9:15 a.m. on May 13, 2005. Mr. O'DeNeal did not appear for that report date and the court issued a Second Show Cause Order requiring Mr. O'DeNeal to appear before this court at 8:45 a.m. on Monday, May 16, 2005, to show cause why he should not be held in contempt for failure to appear at the May 13 report date.

The United States Marshal's Service is hereby ordered to personally serve a copy of

this order upon Mr. O'DeNeal. Failure of Mr. O'DeNeal to appear at 8:45 a.m. on May 16, 2005, will result in an order for the immediate arrest of Mr. O'DeNeal.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_13 May 2005_
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 1:05-CR-10018 was distributed by fax, mail, or direct printing on May 13, 2005 to the parties listed.

---

Ramsdale O'DeNeal
O'DeNEAL LAW FIRM
423 North Highland Ave.
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT