FILED BY _____ D.C.

05 MAY 13 AM 10:16

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT
W D OF TN.-JACKSON

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 05-10018-T |
| ) | |
| TIMOTHY ISAIH CAMPBELL, ) | |
| ) | |
| Defendant. ) | |

## ORDER REVOKING SHOW CAUSE ORDER AS TO TIMOTHY ISAIH CAMPBELL

A report date for Timothy Isaih Campbell was scheduled for 9:15 a.m. on May 13, 2005. Neither Mr. Campbell nor his attorney Ramsdale O'DeNeal appeared at that time. Because of the failure of Timothy Isaih Campbell to appear for the report date, the court initially ordered that Mr. Campbell's bond be revoked and that he be taken into custody. However, upon reviewing the minutes of the proceeding which occurred on May 6, 2005, the court notes that Mr. Campbell would be notified of the new date for him to appear to give his report. Given the failure of Mr. Campbell's attorney to appear for two consecutive report dates, it appears that Mr. Campbell's failure to appear at the report date on May 13, 2005, is due to the failure of his attorney to notify him of that report date.

Therefore, the order revoking Mr. Campbell's bond, ordering his arrest, and ordering him to show cause why he should not be held in contempt for his failure to appear is hereby

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ____05-13-05____

(17)

revoked.

    IT IS SO ORDERED.

_____

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_James D. Todd_

DATE  13 May 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 1:05-CR-10018 was distributed by fax, mail, or direct printing on May 13, 2005 to the parties listed.

---

Ramsdale O'DeNeal
O'DeNEAL LAW FIRM
423 North Highland Ave.
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT