IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                                    CR NO.  1:05-10018-01-T

TIMOTHY ISAIH CAMPBELL


ORDER ON CHANGE OF PLEA

This cause came on to be heard on May 16,  2005,   Assistant  U. S. Attorney,

James W. Powell, appearing for the government,  and the defendant appeared in person

and with counsel, Ramsdale O'DeNeal, who was retained.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered

and entered a plea of GUILTY as charged in Count 1 of the Indictment.

This case has been set for sentencing on **Tuesday, August 16,   2005,  at 8:30 A.M.**

The defendant is allowed to remain on his present bond.

IT IS SO ORDERED.


_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: _16 May 2005_____


This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __5/18/05__

24

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 1:05-CR-10018 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

Ramsdale O'DeNeal
O'DeNEAL LAW FIRM
423 North Highland Ave.
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT