IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.     CR NO. 1:05-10018-01-T

TIMOTHY CAMPBELL

## ORDER TO SURRENDER

Defendant, Timothy Campbell, having been sentenced in the above styled matter to the custody of the Bureau of Prisons, and having been granted leave by the Court to report to the designated institution at his own expense, is hereby ordered to surrender himself to the Bureau of Prisons by reporting to: FCI Yazoo City, 2225 Haley Barbour Parkway, Yazoo City, MS 39194; (Telephone #662-751-4800) no later than 12:00 Noon on Friday, November 30, 2005.

It is further ordered that upon receipt of a copy of this order, the defendant shall sign and return the copy, to acknowledge receipt of said order and that he will report as directed to the above named institution.

IT IS ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 7 September 2005

ACKNOWLEDGMENT TO BE SIGNED BY THE DEFENDANT: I agree to report as directed in the above order and understand that if I fail to so report, I may be cited for contempt of court and if convicted, may be punished by imprisonment or fine or both.

_____     _____
Date                         Defendant Signature

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  9-07-05

30

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 1:05-CR-10018 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Ramsdale O'DeNeal
O'DeNEAL LAW FIRM
423 North Highland Ave.
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT